IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>DHLP – LIMERICK GOLF COMMUNITY, L.P., et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 15-03291 |

## ORDER

**AND NOW**, this 10th day of February, 2017, upon consideration of Plaintiff International Fidelity Insurance Company's Motion to Enter Default Judgment, (ECF No. 32), it is **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that judgment is entered against the Defendants and in favor of International Fidelity Insurance Company for damages in the amount of $230,860.48.

It is further **ORDERED** that Plaintiff International Fidelity Insurance Company's Motion for Summary Judgment, (ECF No. 27), is **DENIED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.